

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 09-50 (JMR/SRN)



| | |
|---|---|
| UNITED STATES OF AMERICA, | **SECOND** |
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| v. | (18 U.S.C. § 2) |
| | (18 U.S.C. § 373) |
| | (18 U.S.C. § 924(c)) |
| 3.  **AHMED ALI OMAR,** | (18 U.S.C. § 956(a)(1)) |
| a/k/a Mustafa, | (18 U.S.C. § 2339A(a)) |
| | (18 U.S.C. § 2339B) |
| 4.  **KHALID MOHAMUD ABSHIR,** | |
| a/k/a Abdul, | |
| a/k/a Abdullah, | |
| 5.  **ZAKARIA MARUF,** | |
| a/k/a Abu Muslim, | |
| 6.  **MOHAMED ABDULLAHI HASSAN,** | |
| a/k/a Miski, and | |
| 7.  **MUSTAFA ALI SALAT,** | |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Provide Material Support to Terrorists)

1.     From in or about September 2007 through the present, in

the State and District of Minnesota and elsewhere, the defendants,

**AHMED ALI OMAR,**
a/k/a Mustafa,
**KHALID MOHAMUD ABSHIR,**
a/k/a Abdul,
a/k/a Abdullah,
**ZAKARIA MARUF,**
a/k/a Abu Muslim,
**MOHAMED ABDULLAHI HASSAN,**
a/k/a Miski, and
**MUSTAFA ALI SALAT,**



FILED   AUG 2 0 2009
RICHARD D. SLETTEN
JUDGMENT ENTD _____
DEPUTY CLERK _____



did knowingly and intentionally conspire with each other and others known and unknown to the grand jury, to provide material support and resources, namely financial support and personnel including themselves and others, knowing and intending that the material support and resources were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 956(a)(1) (conspiracy to kill, kidnap, maim or injure persons in a foreign country), all in violation of Title 18, United States Code, Section 2339A(a).

### COUNT 2
(Providing Material Support to Terrorists)

2.      From in or about September 2007 through the present, in the State and District of Minnesota and elsewhere, the defendants,

**AHMED ALI OMAR,**
a/k/a Mustafa,
**KHALID MOHAMUD ABSHIR,**
a/k/a Abdul,
a/k/a Abdullah,
**ZAKARIA MARUF,**
a/k/a Abu Muslim,
**MOHAMED ABDULLAHI HASSAN,**
a/k/a Miski, and
**MUSTAFA ALI SALAT,**

each aiding and abetting and being aided and abetted by the other, did provide and attempt to provide material support and resources, namely financial support and personnel including themselves and others, knowing and intending that the material support and resources were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 956(a)(1)

2

(conspiracy to kill, kidnap, maim or injure persons in a foreign country), all in violation of Title 18, United States Code, Sections 2339A(a) and 2.

## COUNT 3
### (Conspiracy to Provide Material
Support to a Foreign Terrorist Organization)

3.     On or about September 28, 2000, the defendant **AHMED ALI OMAR,** a/k/a Mustafa, was granted status as a lawful permanent resident of the United States.

4.     On or about February 8, 1995, the defendant **ZAKARIA MARUF**, a/k/a Abu Muslim, was granted status as a lawful permanent resident of the United States.

5.     On or about May 16, 2005, the defendant **MOHAMED ABDULLAHI HASSAN**, a/k/a Miski, was granted status as a lawful permanent resident of the United States.

6.     On or about August 11, 2005, the defendant **MUSTAFA ALI SALAT**, was granted status as a lawful permanent resident of the United States.

7.     On or about February 26, 2008, the Secretary of State of the United States designated al-Shabaab as a foreign terrorist organization.

8.     On or about March 18, 2008, the designation of al-Shabaab as a foreign terrorist organization was published in the Federal Register.



U.S. v. Ahmed Ali Omar et al.                    Criminal No. 09-50 (JMR/SRN)

9.    From on or about March 18, 2008 through the present, in the State and District of Minnesota and elsewhere, the defendants,

**AHMED ALI OMAR,**
a/k/a Mustafa,
**KHALID MOHAMUD ABSHIR,**
a/k/a Abdul,
a/k/a Abdullah,
**ZAKARIA MARUF,**
a/k/a Abu Muslim,
**MOHAMED ABDULLAHI HASSAN,**
a/k/a Miski, and
**MUSTAFA ALI SALAT,**

did, in and affecting interstate and foreign commerce, knowingly and intentionally conspire with each other and others, known and unknown to the grand jury, to provide material support and resources, namely financial support and personnel including themselves and others, to a foreign terrorist organization, namely al-Shabaab, knowing that al-Shabaab has engaged and engages in terrorist activity and terrorism, in violation of Title 18, United States Code, Section 2339B(a)(1).

### COUNT 4
(Providing Material Support to a Foreign Terrorist Organization)

10.    The allegations of paragraphs three through eight of this Second Superseding Indictment are re-alleged and incorporated as if set forth in full herein.

11.    From on or about March 18, 2008 through the present, in the State and District of Minnesota and elsewhere, the defendants,

4



**AHMED ALI OMAR,**
a/k/a Mustafa,
**KHALID MOHAMUD ABSHIR,**
a/k/a Abdul,
a/k/a Abdullah,
**ZAKARIA MARUF,**
a/k/a Abu Muslim,
**MOHAMED ABDULLAHI HASSAN,**
a/k/a Miski, and
**MUSTAFA ALI SALAT,**

each aiding and abetting and being aided and abetted by the other, did, in and affecting interstate and foreign commerce, knowingly and intentionally provide and attempt to provide material support and resources, namely financial support and personnel including themselves and others, to a foreign terrorist organization, namely al-Shabaab, knowing that al-Shabaab has engaged and engages in terrorist activity and terrorism, in violation of Title 18, United States Code, Sections 2339B(a)(1) and 2.

### COUNT 5
(Conspiracy to Kill, Kidnap, Maim, and Injure)

12.   From in or about September 2007 through the present, in the State and District of Minnesota and elsewhere, the defendants,

**AHMED ALI OMAR,**
a/k/a Mustafa,
**KHALID MOHAMUD ABSHIR,**
a/k/a Abdul,
a/k/a Abdullah,
**ZAKARIA MARUF,**
a/k/a Abu Muslim,
**MOHAMED ABDULLAHI HASSAN,**
a/k/a Miski, and
**MUSTAFA ALI SALAT,**

U.S. v Ahmed Ali Omar, et al.                    Criminal No. 09-50 (JMR/SRN)

knowingly and intentionally conspired with each other and others,
known and unknown to the grand jury, to kill, kidnap, maim and
injure persons outside of the United States, in violation of Title
18, United States Code, Section 956.

13.   In furtherance of the conspiracy, and to effect the
objects thereof, the defendants and their co-conspirators knowingly
committed and caused the commission of the following overt acts:

a.   On or about December 4, 2007, in the State and
District of Minnesota, SHIRWA AHMED boarded American Airlines
flight 1572 from Minneapolis, Minnesota to Chicago, Illinois, with
a final destination of Somalia.

b.   On or about December 6, 2007, in the State and
District of Minnesota, SALAH OSMAN AHMED, a/k/a Salman (charged
elsewhere), boarded Northwest Airlines flight 56 from Minneapolis,
Minnesota, to Amsterdam, Netherlands, with a final destination of
Somalia.

c.   On or about December 6, 2007, in the State and
District of Minnesota, KAMAL SAID HASSAN, a/k/a, Abshir (charged
elsewhere), boarded Northwest Airlines flight 56 from Minneapolis,
Minnesota, to Amsterdam, Netherlands, with a final destination of
Somalia.

d.   On or about December 8, 2007, in the State and
District of Minnesota, the defendant **AHMED ALI OMAR,** a/k/a Mustafa,

U.S. v. Ahmed Ali Omar et al.                    Criminal No. 09-50 (JMR/SRN)

boarded Northwest Airlines flight 56 from Minneapolis, Minnesota,
to Amsterdam, Netherlands, with a final destination of Somalia.

   e.   On or about December 8, 2007, in the State and
District of Minnesota, ABDIFATAH ISSE, a/k/a Omar (charged
elsewhere), boarded Northwest Airlines flight 56 from Minneapolis,
Minnesota, to Amsterdam, Netherlands, with a final destination of
Somalia.

   f.   On or about December 12, 2007, in the State and
District of Minnesota, the defendant **KHALID MOHAMUD ABSHIR**, a/k/a
Abdul, a/k/a Abdullah, boarded Northwest Airlines flight 1258 from
Minneapolis, Minnesota, to Washington Dulles International Airport
in Virginia, with a final destination of Somalia.

   g.   On or about February 23, 2008, in the State and
District of Minnesota, the defendant **ZAKARIA MARUF**, a/k/a Abu
Muslim, boarded Northwest Airlines flight 678 from Minneapolis,
Minnesota, to Washington Dulles International Airport in Virginia,
with a final destination of Somalia.

   h.   On or about August 2, 2008, in the State and
District of Minnesota, the defendant **MOHAMED ABDULLAHI HASSAN,**
a/k/a Miski, boarded U.S. Airways flight 1693 from Minneapolis,
Minnesota, to Charlotte, North Carolina, with a final destination
of Somalia.

   i.   On or about August 2, 2008, in the State and
District of Minnesota, the defendant **MUSTAFA ALI SALAT**, boarded

U.S. v. Ahmed Ali Omar et al.                    Criminal No. 09-50 (JMR/SRN)

U.S. Airways flight 1693 from Minneapolis, Minnesota, to Charlotte, North Carolina, with a final destination of Somalia.

### COUNT 6
(Possessing and Discharging a Firearm During a Crime of Violence)

14. From in or about March 2008 through in or about July 2008, in Somalia, the defendant,

**AHMED ALI OMAR,**
a/k/a Mustafa,

during, in relation to and in furtherance of crimes of violence which may be prosecuted in a court of the United States, namely the crimes charged in Counts One through Five, did knowingly use, carry, possess and discharge an AK-47-style assault rifle, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 7
(Solicitation to Commit a Crime of Violence)

15. From in or about September 2007 through in or about December 2007, in the State and District of Minnesota and elsewhere, the defendant,

**AHMED ALI OMAR,**
a/k/a Mustafa,

with intent that other persons engage in conduct constituting a felony that has as an element the use, attempted use and threatened use of physical force against the person and property of another in violation of the laws of the United States, that is, Title 18, United States Code, Section 956, and under circumstances strongly corroborative of that intent, did solicit, induce and endeavor to

8

U.S. v Ahmed Ali Omar, et al.                    Criminal No. 09-50 (JMR/SRN)

persuade ABDIFATAH ISSE, a/k/a Omar, SALAH OSMAN AHMED a/k/a

Salman, KAMAL SAID HASSAN, a/k/a Salman, the defendant **MOHAMED**

**ADULLAHI HASSAN**, a/k/a Miski, and the defendant **MUSTAFA ALI SALAT**,

to engage in such conduct, all in violation of Title 18, United

States Code, Section 373.

### COUNT 8
(Solicitation to Commit a Crime of Violence)

16.  From in or about September 2007 through in or about

January 2008, in the State and District of Minnesota and elsewhere,

the defendant,

**KHALID MOHAMUD ABSHIR,**
a/k/a Abdul,
a/k/a Abdullah,

with intent that other persons engage in conduct constituting a

felony that has as an element the use, attempted use and threatened

use of physical force against the person and property of another in

violation of the laws of the United States, that is, Title 18,

United States Code, Section 956, and under circumstances strongly

corroborative of that intent, did solicit, induce and endeavor to

persuade ABDIFATAH ISSE, a/k/a Omar, SALAH OSMAN AHMED, a/k/a

Salman, SHIRWA AHMED, and KAMAL SAID HASSAN, a/k/a Abshir, to

engage in such conduct, all in violation of Title 18, United States

Code, Section 373.

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY              FOREPERSON

9